**Hoover GATES, Jane Gates and Sheridan Gates**

v.

**The DOW CHEMICAL COMPANY.**

No. C–9097.

Supreme Court of Texas.

Nov. 22, 1989.

Petitioners' application for writ of error as amended is *granted*. Petitioners' motion to dismiss is also granted.

The judgments and opinions of the courts below are *vacated* and *set aside* and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties. (Respondent's motion to dismiss is overruled.)